**DISMISS; and Opinion Filed November 3, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-15-01258-CR
_____

**JERRY ANTOINE NOLAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-00427-M**

## MEMORANDUM OPINION
Before Bridges, Francis, and Myers

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

151258F.U05

RECEIVED IN
COURT OF APPEALS, 5th DIST.

DEC 0 1 2015

LISA MATZ
CLERK, 5th DISTRICT



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

JERRY ANTOINE NOLAN, Appellant

No. 05-15-01258-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial District Court, Dallas County, Texas
Trial Court Cause No. F15-00427-M.
Opinion delivered per curiam befire Justices Bridges, Francis, and Myers.

Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 3rd day of November, 2015.

**Order entered November 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-15-01258-CR

---

### JERRY ANTOINE NOLAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-00427-M**

---

## ORDER

Before Justices Bridges, Francis, and Myers

Based on the Court's opinion of this date, we **DIRECT** the Clerk of this Court to issue

the mandate in this appeal **INSTANTER**.

/s/     MOLLY FRANCIS
        JUSTICE



Court of Appeals
Fifth District of Texas at Dallas
George L. Allen Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas 75202



UNITED STATES POSTAGE
PITNEY BOWES
02 1P
0000856274
$ 000.48⁵

UNCLAIMED

CASE: 05-15-01258-CR
JERRY ANTOINE NOLAN

**RETURN TO SENDER**
**NOT IN DALLAS COUNTY JAIL**